**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | Silver Oak Management Group LLC | EIN: | 83–4252776 |
| | Name | | |
| United States Bankruptcy Court | Northern District of Texas | Date case filed for chapter: | 7   9/11/25 |
| Case number: | 25-33528-swe7 | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline 10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Silver Oak Management Group LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2410 Luna Rd<br>Carrollton, TX 75006 | |
| 4. | **Debtor's attorney**<br>Name and address | Joyce W. Lindauer<br>Joyce W. Lindauer Attorney, PLLC<br>117 S. Dallas Street<br>Ennis, TX 75119 | Contact phone 972-503-4033<br><br>Email: joyce@joycelindauer.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Areya Holder<br>Areya Holder, Trustee<br>Law Office of Areya Holder, PC<br>PO Box 2105<br>Addison, TX 75001-2105 | Contact phone 972-438-8800 |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242 | Hours open:<br>Mon.–Fri 8:30–4:30<br><br>Contact phone 214-753-2000<br><br>Date: 9/11/25 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **October 14, 2025 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 615 556 2999, and Passcode 1128218278, OR call 1-469-218-8997**<br><br>For additional meeting information, go to https://www.justice.gov/ust/moc |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **1**

United States Bankruptcy Court

Northern District of Texas

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 25-33528-swe

Silver Oak Management Group LLC　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-3　　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　　　Page 1 of 2
Date Rcvd: Sep 11, 2025　　　　　　　　　　　　　　Form ID: 309C　　　　　　　　　　　　　　　　　Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Silver Oak Management Group LLC, 2410 Luna Rd, Carrollton, TX 75006-6538 |
| 22755843 | + | A K M Home Healthcare, 4100 Harry Hines Blvd Ste 300A, Dallas, TX 75219-3207 |
| 22755844 | + | Absolutely Angels Inc, 730 S Highway 377 Ste 104, Pilot Point, TX 76258-4469 |
| 22755845 | + | Acceptance Home Health, LLC, 8131 Lyndon B Johnson Fwy Ste 750, Dallas, TX 75251-1331 |
| 22755846 | + | All Care Home Health, 8501 HWY 6, Hitchcock, TX 77563-3109 |
| 22755847 | + | Amatus Health Care, LLC, 2010 Valley View Lane Ste 200, Dallas, TX 75234-8915 |
| 22755849 | + | Available Home Care INC, 1601 East Lamar Blvd Ste 211, Arlington, TX 76011-4464 |
| 22755850 | + | Boundless Home Health, 12100 Ford Rd Ste 318, Dallas, TX 75234-7243 |
| 22755851 | + | Brightstar Care of Flower Mound, 2651 Sagebrush Dr Ste 100, Flower Mound, TX 75028-2727 |
| 22755852 | + | Brightstar Care of Frisco, 6160 Warren Parkway Ste 100, Frisco, TX 75034-9415 |
| 22755855 | + | CRCS Staffing Solution, 23902 FM 2978, Tomball, TX 77375-5032 |
| 22755853 | + | Centric Home Health, 730 E Park Blvd Ste 208, Plano, TX 75074-8850 |
| 22755856 | + | Dependable Home Health Care Inc, 3617 Broadway Blvd Ste A, Garland, TX 75043-1663 |
| 22755857 | + | Duracare Home Health Services, 440 Benmar Dr Ste 1240, Houston, TX 77060-3167 |
| 22755858 | + | First Home HealthCare LLC, 3222 S Sugar Road, Edinburg, TX 78539-3693 |
| 22755859 | + | Heritage Home Care, 505 S 9th St, Midlothian, TX 76065-3503 |
| 22755860 | #+ | Home Health Specialists, 600 Rockmead Dr Ste 125, Kingwood, TX 77339-2105 |
| 22755861 | + | Hygia Healthcare LLC, 2020 East Randol Mill Rd Ste 309, Arlington, TX 76011-8224 |
| 22755864 | + | IPR Healthcare System Inc, 23966 Highway 59 N, Kingwood, TX 77339-1535 |
| 22755865 | + | Prime Home Health, LLC, 7800 W IH-10 Ste 100, San Antonio, TX 78230-4768 |
| 22755866 | | Sacred Care Home Health LLC, 1506 N Alabama Rd Ste B, Sugar Land, TX 77478 |
| 22755867 | + | Salus Home Health Solutions, 1221 Abrams Dr Ste 345, Richardson, TX 75081-5574 |
| 22755868 | + | Siloe Home Health & Infusion, LLC, 638 E Market St, Rockport, TX 78382-2530 |
| 22755870 | + | The Home Health Team, 801 E. Campbell Rd Ste 350, Richardson, TX 75081-1889 |
| 22755871 | + | The Ultimate Home Care Inc, 2507 Lacewing Lane, Houston, TX 77067-3317 |
| 22755872 | + | Traditions Health, 371 Solon Rd Ste 100a, Waxahachie, TX 75165-2079 |
| 22755873 | + | Treasure Care Home Health INC, 440 Benmar Dr Ste 1070, Houston, TX 77060-3120 |
| 22755874 | #+ | Trinity Home and Health LLC, 8, 8716 Ice House Dr, North Richland Hills, TX 76180-5451 |
| 22755876 | + | United America Home Health, 3721 Briarpark Dr Ste 155, Houston, TX 77042-5256 |
| 22755878 | | Village Home Health, 631 E Egret Bay Blvd Ste A, League City, TX 77573 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| aty | Email/Text: joyce@joycelindauer.com | Sep 11 2025 22:04:00 | Joyce W. Lindauer, Joyce W. Lindauer Attorney, PLLC, 117 S. Dallas Street, Ennis, TX 75119 |
| tr | EDI: FAHAURZADA.COM | Sep 12 2025 01:48:00 | Areya Holder, Areya Holder, Trustee, Law Office of Areya Holder, PC, PO Box 2105, Addison, TX 75001-2105 |
| 22755848 | Email/Text: bcd@oag.texas.gov | Sep 11 2025 22:05:00 | Attorney General of Texas, Bankruptcy Div, PO Box 12548, Austin, TX 78711-2548 |

Case 25-33528-swe7   Doc 5   Filed 09/13/25   Entered 09/13/25 23:24:44   Desc Imaged
Certificate of Notice   Page 4 of 4

| District/off: 0539-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 11, 2025 | Form ID: 309C | Total Noticed: 38 |

| 22755863 | EDI: IRS.COM | Sep 12 2025 01:48:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 22755854 | Email/Text: pacer@cpa.state.tx.us | Sep 11 2025 22:06:00 | Comptroller of Public Accts, Revenue Acctg Div Bankruptcy Sec, PO Box 13528, Austin, TX 78711 |
| 22755869 | Email/Text: collections.pacer@twc.texas.gov | Sep 11 2025 22:06:00 | Texas Workforce Commission, 101 East 15th Street, Austin, TX 78778-0001 |
| 22755875 | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Sep 11 2025 22:06:00 | U.S. Trustee's Office, 1100 Commerce Street Room 976, Dallas, TX 75242-1011 |
| 22755877 | ^ MEBN | Sep 11 2025 21:59:05 | US Atty General, 10th and Constitution Ave., NW, Main Justice Bldg. Room 5111, Washington, DC 20530-0001 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 22755862 | *+ | Internal Revenue Service, Mail Code DAL-5020, 1100 Commerce Street, Dallas, TX 75242-1100 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2025           Signature:        /s/Gustava Winters