Patrick J. Schurr
State Bar No. 17853530
Patrick.schurr@solidcounnsel.com
SCHEEF & STONE, L.L.P.
2600 Network Boulevard
Suite 400
Frisco, Texas 75034
Telephone: 214.472.2100
Telecopier: 214.472.2150

ATTORNEYS FOR AMATUS HEALTH CARE, L.L.C.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| **SILVER OAK MANAGEMENT GROUP LLC,** | § § § § | **CASE NO. 25-33528-SWE-7** |
| Debtor. | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned (hereinafter referred to as "Movant"), counsel for AMATUS HEALTH CARE, L.L.C., a judgment creditor and party-in-interest in the above styled and numbered case, hereby file this his Notice of Appearance and respectfully requests that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the address and telephone number set forth below:

> Patrick J. Schurr
> Patrick.schurr@solidcounsel.com
> SCHEEF & STONE, L.L.P.
> 2600 Network Boulevard
> Suite 400
> Frisco, Texas 75034
> Telephone: 214.472.2100
> Telecopier: 214.472.2150

Movant additionally requests that the Plan Administrator on behalf of Katerra Inc. and the Clerk of the United States Bankruptcy Court place the above name and address

**NOTICE OF APPEARANCE** - PAGE 1

on any mailing matrix or list of creditors to be prepared or existing in the above numbered case.

Respectfully submitted this the 3rd day of October, 2025.

SCHEEF & STONE, L.L.P.
2600 Network Boulevard
Suite 400
Frisco, Texas 75034
Telephone: 214.472.2100
Telecopier: 214.472.2150


By: /s/ Patrick J. Schurr
Patrick J. Schurr
State Bar No. 17853530
Patrick.schurr@solidcounsel.com

ATTORNEYS FOR AMATUS HEALTH CARE, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served on counsel for the Debtor, Joyce Lindauer, and the chapter 7 trustee, Areya Holder, and any parties requesting notice herein, via electronic means, on this the 3rd day of October, 2025.

/s/ Patrick J. Schurr

**NOTICE OF APPEARANCE** - PAGE 2